|  | 7/19/2021 |  |  |
|---|---|---|---|
| CCA Balance | $87,095.21 | Allstate Sent TPP 1-4 4/20/21 to CCA (CCA is Frozen) | $68,492.96 |
| Amount Due to get OSF Current (minus July Payment and Legal) | -$11,198.31 | Allstate Sent TTP 5 5/6/2021 to CCA (CCA is Frozen) | $17,123.24 |
| Legal Due (Last invoice 6/9) | -$6,667.00 | Allstate Held TPP 6 and 7 (Allstate release to OSF?) | $34,246.48 |
| July 25th payment | -$3,761.37 | Remaining TPP 17 | $291,095.08 |
| New CCA Balance | $65,468.53 | Total Est Still Owed by Allstate | $325,341.56 |
|  |  |  |  |
| Plan Payments | $5,362.24 | Estimated OSF Payoff Dec 2022 | $211,081.39 |
| Payments behind | 4 | This assume taking all the funds in the CCA today so it will be higher |  |
| Total From CCA to Trustee | $21,448.96 |  |  |
| Apply to Principal no Pre Payment | $44,019.57 |  |  |
|  |  |  |  |
| Estimate Monthly TPP Payment around the 6 to 7 each month | $17,123.24 |  |  |
| Less Trustee | -5362.24 |  |  |
| Less Est OSF Payment | -3762.82 |  |  |
| Apply to principal no Pre Payment | $7,998.18 |  |  |
| This would get OSF paid sooner and extra TPP at the end |  |  |  |