**RE: JESUS PINEDA - ALLSTATE AND OAKSTREET; Chapter 13 Case#20-30021**

**From:** Yeary, Kathy
**To:** paralegal-2@lawofficesmrn.com
**Cc:** MNevarez@LawOfficesMRN.com, Jeff Carruth, Chandler, Alicia
**Sent:** 8/2/2021 2:33:17 PM
**Attachments:** Copy of CCA TPP Summary 7.20.2021 - ATTACHMENT TO AQ.XLSX; Payoff Quote 118287 Estimated 24 months of TPP Payments.pdf; F6 Allstate CPA20210802_105717.pdf; Collection Cost Data 20210802.pdf; Amortization Schedule - 118287.pdf; 2980012906 - 2021-04.pdf; 2980012906 - 2021-06.pdf; 2980012906 - 2021-05.pdf

Good Afternoon,

Please see attached my responses and below. I'm happy to have a call if you have any questions.

Thanks,
Kathy



**Kathy Yeary**
Executive Director Customer Service and Human Resources
Oak Street Funding| First Franchise Capital
8888 Keystone Crossing, Suite 1700,
Indianapolis, IN 46240
**Tel:** 317-428-3838| **Mobile:** 317-503-3397 | **Fax:** 317-805-2714
**Web:** oakstreetfunding.com



**From:** paralegal-2@lawofficesmrn.com [mailto:paralegal-2@lawofficesmrn.com]
**Sent:** Friday, July 30, 2021 6:53 PM
**To:** Yeary, Kathy <Kathy.Yeary@oakstreetfunding.com>
**Cc:** MNevarez@LawOfficesMRN.com
**Subject:** RE: JESUS PINEDA - ALLSTATE AND OAKSTREET; Chapter 13 Case#20-30021
**Importance:** High

Hello Kathy,

  I'm Mr. Nevarez' paralegal and I'm reaching out to you in regards to the OSF's settlement proposal spreadsheet. I have the following questions regarding the items highlighted in yellow in your attached spreadsheet:

1. "Estimated OSF Payoff Dec 2022" in the amount of $211,081.39, how was this number calculated? Please provide supporting documentation:  The payoff is an estimate only. Based on 24 TPP Payments from Allstate and rate is variable. See attached.
2. Please explain what the $11,198.31 "Amount Due to get OSF Current" includes and provide supporting documentation showing how many months Mr. Pineda is behind.  Past Due Payments for April, May and June.  We are now past due for the July payment.  Making the amount $14,959.68
3. "Legal Due (last invoice 6/9) " of $6,667.00, what does this include.  Please provide supporting documentation  Legal fees for outside counsel
4. As for the monthly OSF payments, there are a few different amounts that I have come across:
    a. The $4,363.00 "Pay To Seller" amount that Allstate was previously sending per month (not in your spreadsheet) This amount was the Commission Payment Agreement that was sent each month from Allstate (see attached).  Per loan documents, if requires were met anything minus the payment and sweepback cap was released back to Mr. Pineda each month. Last Payment received was January 20, 2021 when Mr. Pineda decided to Terminate his contract with Allstate.
    b. The "July 25th payment" of $3,761.37  This is the July 25th payment now past due.
    c. "Est OSF Payment" of $3,762.82  Payments are based on 360/Actual Days (paid in arrears).  See amortization schedule.

    What is the correct monthly payment, and what is the interest rate? The current interest rate is 8.75%. Variable after first 2 years.  See amortization schedule.

5. The CCA balance of $87,095.21 is made up of $68,495.96 (TPP), $17,123.24 (TPP) and $1,479.01 (existing amount in CCA).  Is the correct? And is the $1,479.01 a pre-petition amount that was in the CCA?  $68,492.96 1 – 4 months of TPP Payments from Allstate deposited 4/20/21; 5/6/2021 $17,123.24 5th TPP payment; 5/19/21 $79.88 Misc. deposit from Allstate; $1,384.85 Balance in CCA prior to first TPP payment and $12.17 Interest on bank account 5/28 and 6/30. See attached bank statements.

Please let me know if you have any questions.

Thank you,
*Denise Dominguez Macias*
**Paralegal**
The Nevarez Law Firm, PC
A Professional Corporation
P.O. Box 12247
El Paso, TX 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.LawOfficesMRN.com/

CONFIDENTIALITY NOTICE:  This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed.  The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information.  If you are not the addressee (or one of the addressees) you are not an intended recipient.  If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error.  In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof.  You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE:  Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  Thank you.

DEBT RELIEF AGENCY:   Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT:  Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

The information contained in this message from Oak Street Funding, First Franchise Capital or their affiliates and any attachments are confidential. It is not intended for transmission to, or receipt by, anyone other than the addressee(s), or a person authorized to deliver it to the named addressee(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message.