UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case Number 20-30021-HCM |
| JESUS PINEDA and ERCA PINEDA, | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER GRANTING MOTION OF EVOLVE FEDERAL CREDIT UNION FOR RELIEF FROM STAY AGAINST PROPERTY OF THE ESTATE AND WAIVER OF 30-DAY REQUIREMENT

On this day, came on to be considered the Motion of evolve Federal Credit Union for Relief From Stay Against Property of the Estate and Waiver of 30-Day Requirement (the "*Motion*") filed by evolve Federal Credit Union ("*evolve*"). The Court finds that notice of the Motion and the deadline to object to the Motion was proper and sufficient. After consideration of the pleadings, the evidence and the arguments of counsel, the Court is of the opinion the Motion should be granted and the automatic stay should be lifted.

415873902

1

**IT IS THEREFORE ORDERED that:**

1. evolve holds a valid and perfected lien on the real property including improvements commonly known as 933 Saint Laurent, El Paso, Texas, as more particularly described in the Deed of Trust (the "*Property*").

2. The automatic stay is lifted in all respects as to evolve. evolve may foreclose its lien on the Property in accordance with state law, and send the appropriate notices to the Debtors relating to the foreclosure.

3. This Order shall be valid and subsisting even in the event this case is converted to another Chapter of the Bankruptcy Code.

4. The fourteen day stay set out in Fed. R. Bankr. P. 4001(a)(3) is waived.

###

Submitted by:

James W. Brewer
KEMP SMITH LLP
P.O. Drawer 2800
El Paso, Texas 79999-2800
(915) 546-5360 (FAX)

Upon Entry of this Order,
Please deliver copies to:

Michael R. Nevarez
P.O. Box 12247
El Paso, Texas 79913

Stuart C. Cox
1760 N. Lee Trevino
El Paso, Texas 79936