IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| JESUS PINEDA and § | | |
| ERICA PINEDA, § | | CASE NO. 20-30021-hmc |
| § | | |
| DEBTORS. § | | CHAPTER 13 |

**MOTION TO EXPEDITE HEARING DATE ON DEBTORS' MOTION FOR EXTENSION AND/OR IMPOSITION OF AUTOMATIC STAY UNDER § 362**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**COME NOW** JESUS PINEDA and ERICA PINEDA, the Debtors in the above-captioned proceeding (hereinafter referred to as "Debtors"), by and through the undersigned counsel, and pursuant to L. Rule 9014(d)(4), hereby respectfully make and file this "Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362" (hereinafter referred to as "Motion"), and in support thereof would respectfully show the Court as follows:

    **A. FACT UAL AND PROCEDURAL BACKGROUND.**

1. On October 10, 2007, Debtors executed a Non-Recourse Home Equity Lien Note with Evolve Federal Credit Union (hereinafter referred to as "EVOLVE") in the amount of $74,800.00 for real property commonly known as 933 Saint Laurent, El Paso, Texas (hereinafter referred to as the "Property"). (DOC# 111-1).

2. On or about March 17, 2017, the Debtors executed a "Promissory Note" with Ovation Services LLC as Agent for FGMS Holdings LLC (hereinafter referred to as "OVATION") for a principal amount of $27,051.40 on the Property. (CLAIM# 19, Exhibit 1).

3. On January 7, 2020, the Debtors filed an Emergency Voluntary Chapter 13

Petition. (DOC# 1, pages 21-97).

4. On December 3, 2020, Debtors filed their Fourth Amended Chapter 13 Plan where EVOLVE is listed as a Creditor to be paid directly by Debtors outside of the Chapter 13 Plan, and OVATION is listed as a senior lienholder on the Property to be paid through the Chapter 13 Plan. (DOC# 75, Page 4, Section 7.5 and Page 6, Section 7.8).

5. On January 14, 2021, the Court confirmed the Debtors Fourth Amended Chapter 13 Plan (hereinafter referred to as the "Plan"). (DOC# 83).

6. On September 16, 2021, this Court issued an Agreed Order ordering the payment of **$136,985.92** to the Chapter 13 Trustee by Oak Street Funding LLC and Allstate Insurance Co. (DOC# 157).

7. On October 16, 2021, an "Agreed Order Resolving Ovation Services LLC As Agent For FGMS Holdings LLC's Motion For Relief From Automatic Stay Against Real Property and Waiver of Thirty (30) Day Hearing Requirement (Dkt. No, 114)" ("Agreed Order") was filed. (DOC #162).

8. On January 12, 2022, OVATION filed a "Notice of Termination of Automatic Stay" ("Notice of Termination"), for a period of one year, therein claiming that (a) the Debtors had breached the terms of Agreed Order in that the "Debtor has failed to pay the Chapter 13 Trustee", and (b) Debtors did not cure the default within the 10-day deadline that commenced from a Notice of Default letter that OVATION claims was mailed to undersigned and to the Debtors on December 8, 2021. (DOC #172).

9. As a result of OVATION's Notice of Termination, on January 13, 2022, EVOLVE filed its "Motion Of Evolve Federal Credit Union For Relief From Stay Against Property Of The Estate And Waiver Of 30-Day Requirement" ("EVOLVE's Motion"), therein

Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362
*In Re: Jesus Pineda and Erica Pineda*
USBC-WDTX, El Paso Division, Case No. 20-30021-hcm　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 6

claiming that (a) EVOLVE is not adequately protected because the automatic stay has been terminated on the Property in favor of a senior lienholder OVATION, (b) EVOLVE is at risk that its lien may be eliminated if the senior lienholder forecloses its lien on the Property, and (c) EVOLVE should be granted relief from stay to schedule its own foreclosure sale. (DOC #173).

10. On January 27, 2022, Debtor filed a "Response To Motion Of Evolve Federal Credit Union For Relief From Stay Against Property Of The Estate And Waiver Of 30-Day Requirement" ("Response"), which is hereby incorporated by reference herein, for all intents and purposes. (DOC #176).

11. The Hearing on the "Motion Of Evolve Federal Credit Union For Relief From Stay Against Property Of The Estate And Waiver Of 30-Day Requirement" has been reset for April 13, 2022, at 1:30pm.

12. On this date, Debtors filed their "Motion For Extension and/or Imposition Of Automatic Stay Under § 362" (hereinafter referred to as the "Motion To Impose Stay") requesting an Order imposing and/or extending the §362 Automatic Stay against OVATION and EVOLVE, through March of 2023. (DOC# 186).

13. Therefore, Debtors hereby move the Court to expedite the hearing date on the Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362, and set the hearing for April 13, 2022, at 1:30 pm (MST), so as to coincide with the hearing on other relevant motions herein.

### B. ARGUMENT AND AUTHORITIES.

14. Good cause exists under L. Rule 9014(e) for the granting of an expedited hearing, as (a) OVATION's Notice of Termination was improperly issued and filed, and (b) OVATION

Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362
*In Re: Jesus Pineda and Erica Pineda*
USBC-WDTX, El Paso Division, Case No. 20-30021-hcm                                      Page 3 of 6

has improperly refused the Trustee's offer of payment of ***"all outstanding amounts owed to Ovation under the Plan."***.

15. Granting of the Order is needed as soon as possible to impose and/or extend the §362 Automatic Stay against OVATION and EVOLVE, through March of 2023.

**WHEREFORE, ALL PREMISES CONSIDERED**, and for the foregoing reasons, Debtors pray that the Court grant the Motion to Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362.

Date: April 7, 2022

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com


/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for Debtors

Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362
*In Re: Jesus Pineda and Erica Pineda*
USBC-WDTX, El Paso Division, Case No. 20-30021-hcm      Page 4 of 6

**CERTIFICATE OF CONFERENCE**

In accordance with L. Rule 9014(e), I hereby certify that, on April 7, 2022, the undersigned conferred via email with Ms. Mary Elizabeth Heard, Attorney for OVATION, as to whether or not OVATION would oppose the foregoing **MOTION TO EXPEDITE HEARING DATE ON DEBTORS' MOTION FOR EXTENSION AND/OR IMPOSITION OF AUTOMATIC STAY UNDER § 362**, and the undersigned:

\_\_\_ Was notified OVATION DOES NOT oppose the above.

\_\_\_ Was notified OVATION DOES oppose the above.

✓ Received no response. (See Attached Exhibit A).

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

**CERTIFICATE OF CONFERENCE**

In accordance with L. Rule 9014(e), I hereby certify that, on April 7, 2022, the undersigned conferred via email with Mr. James W. Brewer, Attorney for EVOLVE, as to whether or not EVOLVE would oppose the foregoing **MOTION TO EXPEDITE HEARING DATE ON DEBTORS' MOTION FOR EXTENSION AND/OR IMPOSITION OF AUTOMATIC STAY UNDER § 362**, and the undersigned:

✓ Was notified EVOLVE DOES NOT oppose the above. (See Attached Exhibit B).

\_\_\_ Was notified EVOLVE DOES oppose the above.

\_\_\_ Received no response.

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362
*In Re: Jesus Pineda and Erica Pineda*
USBC-WDTX, El Paso Division, Case No. 20-30021-hcm     Page 5 of 6

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION TO EXPEDITE HEARING DATE ON DEBTORS' MOTION FOR EXTENSION AND/OR IMPOSITION OF AUTOMATIC STAY UNDER § 362** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first class mail, postage prepaid, to all creditors listed on the Debtors' creditor's matrix, and to the following parties in interest, on or before April 7, 2022:

**COUNSEL FOR OVATION:**
Mary Elizabeth Heard
M. E. Heard, Attorney, PLLC
100 NE Loop 410. Ste. 605
San Antonio, Texas 78216
Email: meheard@heardlawfirm.net

**COUNSEL FOR CREDITOR:**
James W. Brewer
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
Email: jbrewer@kempsmith.com

**TRUSTEE:**
Stuart C. Cox
1760 N. Lee Trevino Dr.
El Paso, Texas 79936

**DEBTORS:**
Jesus Pineda
Erica Pineda
933 Saint Laurent
El Paso, TX 79907

          /s/ Michael R. Nevarez
          **MICHAEL R. NEVAREZ**

Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362
*In Re: Jesus Pineda and Erica Pineda*
USBC-WDTX, El Paso Division, Case No. 20-30021-hcm     Page 6 of 6

**Jesus Pineda**
**933 Saint Laurent**
**El Paso, TX 79907**

**Erica Yvette Pineda**
**933 Saint Laurent**
**El Paso, TX 79907**

**Stuart C. Cox**
**Chapter 13 Trustee**
**1760 N. Lee Trevino Dr.**
**El Paso, TX 79936**

**Albert Elli Law**
**2201 West Royal Lane, Ste, 155**
**Irving, TX 75063**

**Credit Central**
**Attn: Bankruptcy Dept**
**700 E North St., Ste. 15**
**Greenville, SC 29601**

**Credit Central**
**Attn: Bankruptcy Dept**
**700 E North St., Ste. 15**
**Greenville, SC 29601**

**Del Sol Medical Center**
**c/o Resurgent Capital Services**
**P.O. Box 1927**
**Greenville, SC 29602**

**DIRECTV, LLC**
**c/o American InfoSource as agent**
**P.O. Box 5008**
**Carol Stream, IL 60197-5008**

**DIRECTV, LLC**
**c/o American InfoSource as agent**
**4515 N. Santa Fe Ave**
**Oklahoma City, OK 73118**

**Evolve Federal Credit Union**
**Attn: Bankruptcy**
**8810 Gazelle Dr**
**El Paso, TX 79925**

**Evolve Federal Credit Union**
**Attn: Bankruptcy**
**8810 Gazelle Dr**
**El Paso, TX 79925**

**FirstLight Federal Credit Union**
**Attn: Bankruptcy**
**PO Box 24901**
**El Paso, TX 79914**

**FirstLight Federal Credit Union**
**Attn: Bankruptcy**
**PO Box 24901**
**El Paso, TX 79914**

**FirstLight Federal Credit Union**
**Attn: Bankruptcy**
**PO Box 24901**
**El Paso, TX 79914**

**Firstlight Federal Cu**
**PO Box 24901**
**El Paso, TX 79914**

**Home Depot Card**
**P.O. Box 84049**
**Columbus, GA 31908**

**Internal Revenue Service**

**700 E. San Antonio**
**El Paso, TX 79901**

**Jacob Pineda**
**12592 Arrow Weed Drive**
**El Paso, TX 79928**

**James W. Brewer**
**KEMP SMITH LLP**
**P.O. Drawer 2800**
**El Paso, TX 79999-2800**

**Jefferson Capital Systems, LLC**
**P.O. Box 7999**
**Saint Cloud, MN 56302-9617**

**Jefferson Capital Systems, LLC**
**P.O. Box 7999**
**Saint Cloud, MN 56302-9617**

**Mimco**
**6500 Montana Ave.**

**Oak Street Funding LLC**
**c/o Jeff Carruth**
**WEYCER, KAPLAN, PULASKI**
**& ZUBER, P.C.**
**24 Greenway Plaza, Suite 2050**
**Houston, TX 77046**

**OneMain Financial**
**Attn: Bankruptcy**
**PO Box 3251**
**Evansville, IN 47731**

**OneMain Financial**
**Attn: Bankruptcy**
**PO Box 3251**
**Evansville, IN 47731**

**Ovation Services, LLC**

**c/o Mary Elizabeth Heard**

**M.E. Heard, Attorney, PLLC**
**100 N.E. Loop 410, Ste. 605**
**San Antonio, TX 78216**

**Regional Finance**
**8720 Alameda Avenue**
**El Paso, TX 79907**

**Syncb/Car Care T3**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Care Credit**
**Attn: Bankruptcy Dept**
**PO Box 965060**
**Orlando, FL 32896**

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**

**Tax Assessor/Collector**
**P.O. Box 2992**
**El Paso, TX 79902**

**Tea Olive, LLC**
**P.O.Box 1931**
**Burlingame, CA 94011**

**Wells Fargo Home Mortgage**
**c/o Philip S. Traynor**
**Albertelli Law**
**2201 W. Royal Ln., Ste. 155**
**Irving, TX 75063**