**Paralegal-2@LawOfficesMRN.com**

| | |
|---|---|
| **From:** | mnevarez@lawofficesmrn.com |
| **Sent:** | Thursday, April 7, 2022 9:38 AM |
| **To:** | 'Mary Elizabeth Heard' |
| **Cc:** | 'Jeanette Jennings'; 'Jennifer Selbig'; 'Melinda Leslie'; 'ECF Notices'; paralegal-2@lawofficesmrn.com; edarnell@darnell-lawfirm.com |
| **Subject:** | RE: 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda |
| **Attachments:** | Motion For Extension Of Stay and Imposition Of Stay.pdf; Motion To Expedite Hearing on Motion To Re-impose Stay.pdf |

Ms. Heard,

I need to refile the attached Motion For Extension And/Or Imposition Of Automatic Stay Under § 362, as it lacked the certificate of conference on the motion to expedite the hearing. Accordingly, please advise by 4PM if you oppose the attached motion for expedited hearing.

### Michael R. Nevarez
### Attorney at Law

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE: This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed. The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information. If you are not the addressee (or one of the addressees) you are not an intended recipient. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. Thank you.

DEBT RELIEF AGENCY: Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

1

FAIR DEBT COLLECTION PRACTICES ACT: Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

**From:** mnevarez@lawofficesmrn.com <mnevarez@lawofficesmrn.com>
**Sent:** Friday, February 25, 2022 8:35 AM
**To:** 'Mary Elizabeth Heard' <meheard@heardlawfirm.net>
**Cc:** 'Jeanette Jennings' <jeanette@heardlawfirm.net>; 'Jennifer Selbig' <jennifer@heardlawfirm.net>; 'Melinda Leslie' <melinda@heardlawfirm.net>; 'ECF Notices' <ECF@heardlawfirm.net>; paralegal-2@lawofficesmrn.com; edarnell@darnell-lawfirm.com
**Subject:** RE: 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda

Ms. Heard,

Yes, I am asserting that neither Mr. Pineda nor I received any certified mail, return receipt requested, from you or anyone at Ovation, as was required under the Agreed Order you drafted. Mr. Pineda has indicated he never received the required notice, and I know I didn't sign for it.

As a result of your notice of termination, evolve has filed for relief of the automatic stay.

So, as a meet and confer, I need you to send me the receipts, no later than Monday COB, or I will conclude that I need to move to strike and for sanctions.

I await your reply.

Please consider this as my last attempt to meet and confer.

**Michael R. Nevarez**
**Attorney at Law**

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE: This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed. The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information. If you are not the addressee (or one of the addressees) you are not an intended recipient. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. Thank you.

DEBT RELIEF AGENCY: Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT: Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

---

**From:** Mary Elizabeth Heard <meheard@heardlawfirm.net>
**Sent:** Monday, February 21, 2022 12:48 PM
**To:** MNevarez@lawofficesmrn.com
**Cc:** Jeanette Jennings <jeanette@heardlawfirm.net>; Jennifer Selbig <jennifer@heardlawfirm.net>; Melinda Leslie <melinda@heardlawfirm.net>; ECF Notices <ECF@heardlawfirm.net>; paralegal-2@lawofficesmrn.com
**Subject:** Re: 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda

Ok we always send these certified mail. I'm out of town. My staff is looking for the receipts. I assume you aren't alleging that we didn't send you the letters? That's quite an assertion

Mary Elizabeth Heard
M.E. Heard, Attorney, PLLC
100 NE Loop 410, Ste. 605
San Antonio, Texas 78216
New email: meheard@heardlawfirm.net


> On Feb 21, 2022, at 14:36, MNevarez@lawofficesmrn.com wrote:
>
> Thank you for your response.
>
> You filed the notice of termination alleging my client was in default of the terms of the agreed order, and claiming you sent a notice of default. As a result, evolve filed a motion for relief from stay, as they are a secured lender on the property. See attached.
>
> The problem is that, contrary to your notice of termination alleging my client was in default of the terms of the agreed order, neither my client nor I ever received a notice to cure, which was required to be sent via certified mail, return receipt requested. See attached.
>
> Therefore, you terminated the stay prematurely and without complying with the notice to cure requirements of the agreed order. So, I asked you to call to withdraw the notice of termination. Otherwise, I will have to file a motion to strike and for sanctions, and involve your client in your premature and unfounded notice.

Please advise as to your preference.

### Michael R. Nevarez
### Attorney at Law

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE: This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed. The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information. If you are not the addressee (or one of the addressees) you are not an intended recipient. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. Thank you.

DEBT RELIEF AGENCY: Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT: Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

---

**From:** Mary Elizabeth Heard <meheard@heardlawfirm.net>
**Sent:** Monday, February 21, 2022 11:50 AM
**To:** MNevarez@lawofficesmrn.com
**Cc:** Jeanette Jennings <jeanette@heardlawfirm.net>; Jennifer Selbig <jennifer@heardlawfirm.net>; Melinda Leslie <melinda@heardlawfirm.net>; ECF Notices <ECF@heardlawfirm.net>; paralegal-

2@lawofficesmrn.com
**Subject:** Re: 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda

Hello I am in Orlando for client meetings.
I'm not understanding what your moving papers are on which you want to confer. I didn't file a lift stay.
The stay terminated over a month ago. My client isn't involved in this case anymore.
Thanks

Mary Elizabeth Heard
M.E. Heard, Attorney, PLLC
100 NE Loop 410, Ste. 605
San Antonio, Texas 78216
New email: meheard@heardlawfirm.net


> On Feb 21, 2022, at 13:16, MNevarez@lawofficesmrn.com wrote:
>
> Ms. Heard,
>
> Please give me a call at your earliest convenience.
>
> Consider this my attempt to meet and confer regarding your Notice Of Termination Of Automatic Stay in the above-referenced matter, and the attached Response to Motion for Relief from Stay.
> Thank you.
>
> **Michael R. Nevarez**
> **Attorney at Law**
>
> The Nevarez Law Firm, PC
> Attorneys And Counselors At Law
> Mailing Address:
> P.O. Box 12247
> El Paso, TX 79913
> Telephone: (915) 225-2255
> Facsimiles: (915) 845-3405
> Website: http://www.NevarezLawFirm.com/
>
> CONFIDENTIALITY NOTICE: This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed. The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information. If you are not the addressee (or one of the addressees) you are not an intended recipient. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. You are hereby notified that any use,

disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  Thank you.

DEBT RELIEF AGENCY:   Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT:  Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

**From:** Mary Elizabeth Heard <meheard@heardlawfirm.net>
**Sent:** Tuesday, February 1, 2022 12:54 PM
**To:** mnevarez@lawofficesmrn.com; Jeanette Jennings <jeanette@heardlawfirm.net>; Jennifer Selbig <jennifer@heardlawfirm.net>
**Cc:** Melinda Leslie <melinda@heardlawfirm.net>; ECF Notices <ECF@heardlawfirm.net>; paralegal-2@lawofficesmrn.com
**Subject:** RE: 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda

Mr. Nevarez:

I'm sorry I missed your email.  The stay terminated weeks ago; therefore, my client is no longer involved in this bankruptcy case.

Thank you,

Mary Elizabeth

Mary Elizabeth Heard
M.E. Heard, Attorney, PLLC
One International Center
100 NE Loop 410, Ste. 605
San Antonio, Texas 78216
210-572-4925

**From:** mnevarez@lawofficesmrn.com <mnevarez@lawofficesmrn.com>
**Sent:** Monday, January 24, 2022 5:13 PM
**To:** Mary Elizabeth Heard <meheard@heardlawfirm.net>

**Cc:** Melinda Leslie <melinda@heardlawfirm.net>; ECF Notices <ECF@heardlawfirm.net>; Randy Tipton <rtipton@heardlawfirm.net>; paralegal-2@lawofficesmrn.com
**Subject:** FW: 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda

Ms. Heard,

Please give me a call regarding your Notice of Termination.

Thank you.

### Michael R. Nevarez
### Attorney at Law

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE: This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed. The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information. If you are not the addressee (or one of the addressees) you are not an intended recipient. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. Thank you.

DEBT RELIEF AGENCY: Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT: Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

---

**From:** txwb_systems@txwb.uscourts.gov <txwb_systems@txwb.uscourts.gov>
**Sent:** Wednesday, January 12, 2022 2:48 PM
**To:** CourtMail@txwb.uscourts.gov
**Subject:** 20-30021-hcm Ch-13 Document Jesus Pineda and Erica Pineda

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Western District of Texas**

Notice of Electronic Filing

The following transaction was received from Mary Elizabeth Heard entered on 1/12/2022 at 3:48 PM CST and filed on 1/12/2022

| | |
|---|---|
| **Case Name:** | Jesus Pineda and Erica Pineda |
| **Case Number:** | 20-30021-hcm |
| **Document Number:** | 172 |

**Docket Text:**
Notice of Termination of Automatic Stay filed by Mary Elizabeth Heard for Creditor Ovation Services LLC, as Agent for FGMS Holdings LLC. (Heard, Mary) (Related Document(s): [162] Order Regarding (related document(s): [114] Motion for Relief from Stay (30 Day Waiver Language) (*14 Day Objection Language*) ( Filing Fee: $ 188.00 ) filed by Mary Elizabeth Heard for Creditor Ovation Services LLC, as Agent for FGMS Holdings LLC (Attachments: # 1 Affidavit # 2 Proposed Order)) (Order entered on 10/6/2021))

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Termination.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=1/12/2022] [FileNumber=27491638-0
] [913eadcbedc47534e47f1e5f827f4195220b6d30bb06a5b8017d14ea612a7a7ada7
dcbf533f755c64b2e8811708bcb605ae66b81aa8bf159be6ba18e18d088a7]]

**20-30021-hcm Notice will be electronically mailed to:**

Bradley S Balderrama on behalf of Creditor City Of El Paso
Brad.Balderrama@lgbs.com

James W. Brewer on behalf of Creditor Evolve Federal Credit Union
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Creditor Oak Street Funding LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Stuart C. Cox
mbeard@ch13elpaso.com

Mary Elizabeth Heard on behalf of Creditor Ovation Services LLC, as Agent for FGMS Holdings LLC
meheard@heardlawfirm.net, ecf@heardlawfirm.net;rtipton@heardlawfirm.net

Carlos A. Miranda on behalf of Creditor First Light Federal Credit Union
cmiranda@eptxlawyers.com, wendy@eptxlawyers.com

Candace M Murphy on behalf of Creditor Wells Fargo Bank, N.A.
ECFNOTICES@SISSACLEGALGROUP.COM, bankruptcy@creditor-rights.com

Michael R. Nevarez on behalf of Debtor Erica Pineda
MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Michael R. Nevarez on behalf of Debtor Jesus Pineda
MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Philip Stuart Traynor on behalf of Creditor Wells Fargo Bank, N.A.
bktx@albertellilaw.com, ptraynor@alaw.net

Riley Tunnell on behalf of Interested Party Allstate Insurance Company
rtunnell@thompsoncoe.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

**20-30021-hcm Notice will not be electronically mailed to:**