

**The relief described hereinbelow is SO ORDERED.**

**Signed April 08, 2022.**

                                                      _____
                                                      **H. CHRISTOPHER MOTT**
                                                      **UNITED STATES BANKRUPTCY JUDGE**

_____

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JESUS PINEDA and | § | CASE NO. 20-30021-HCM |
| ERICA PINEDA, | § | |
| | § | CHAPTER 13 |
| DEBTORS. | § | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING DATE ON DEBTORS'
MOTION FOR EXTENSION AND/OR IMPOSITION OF
AUTOMATIC STAY UNDER § 362**

On this date came on for consideration the "Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362" (hereinafter referred to as "Motion") filed by Debtors JESUS PINEDA and ERICA PINEDA. The Court finds that service of the Motion was proper and that all parties entitled to notice were given good and sufficient notice of the Motion and of the terms of the Motion. After due consideration of

the Motion, the Court is of the opinion that the Motion should be granted as set forth below, and enters the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion To Expedite Hearing Date on Debtors' Motion For Extension and/or Imposition Of Automatic Stay Under § 362 is granted as set forth below.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion For Extension and/or Imposition Of Automatic Stay Under § 362, will be set for expedited hearing on April 13, 2022, at 1:30pm (MST).

Debtors are responsible for notice of expedited hearing, and shall file a certificate of notice listing the persons served, within 7 days of such service, but in no event later than the date and time of the hearing.

###

Prepared by:
The Nevarez Law Firm, PC
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com